United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>  v.<br><br>ANTONIO GARCIA,<br><br>        Defendant.<br>                                            / | No. C 11-00172-1 SI<br><br>**ORDER RE: EVIDENTIARY HEARING** |

A hearing on defendant Antonio Garcia's motion to suppress is scheduled for Friday, August 12, 2011. Defendant has requested that an evidentiary hearing be held as well. *See Franks v. Delaware*, 438 U.S. 154 (1978); *United States v. Stanert*, 762 F.2d 775 (9th Cir. 1985). If at the August 12 motion hearing the Court determines that an evidentiary hearing should be held, the Court will schedule an evidentiary hearing at that time.

**IT IS SO ORDERED.**

Dated: August 8, 2011

SUSAN ILLSTON
United States District Judge